PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF KANSAS

U.S.A. vs. Edward Walker                                    Docket No.6:07CR10142-19

Petition for Action on Conditions of Pretrial Release

      COMES NOW Josefina N. Durham, PRETRIAL SERVICES/PROBATION OFFICER, presenting an official report upon the conduct of defendant Edward Walker, who was placed under pretrial release supervision by the Honorable J. Thomas Marten, U.S. District Judge, sitting in the Court at Wichita, Kansas, on April 10, 2008, under the following condition:

**The defendant shall refrain from any use of alcohol.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
      (If short insert here; if lengthy write on separate sheet and attach)

On October 2, 2010, the defendant submitted to a breathalizer, which tested positive for the presence of alcohol. The reading was .018. The defendant was unable to submit to a second breath test due to experiencing a coughing spell.

On October 4, 2010, this officer met with the defendant, who denied intentionally consuming alcohol. He stated on October 1, 2010, he had attended a park party and drank watermelon juice. He related he did not believe the watermelon juice was spiked with alcohol.

PRAYING THAT THE COURT WILL ORDER that the defendant's conditions of release be modified to require his participation in the Sobrietor program for a period not to exceed six months. During this time, defendant will remain at his place of residence except for employment and other activities approved in advance by the United States Probation Office. As instructed by the United States Probation Office, the defendant will be required to maintain a telephone at his place of residence without call forwarding, mode, caller ID, call waiting, portable cordless telephones, answering machines/service, or any other feature or service which would interfere with the operation of the Sobrietor or electronic monitoring equipment for the above period. The defendant will be required to wear an electronic monitoring device, which may include Global Positioning System and/or Random Tracking, and follow electronic monitoring procedures specified by the United States Probation Office. Additionally, the U.S. Probation Office may restrict the defendant from certain areas within the community, and he will comply with this restriction. While participating in this program, the defendant will be subject to breath-alcohol testing via a remote alcohol testing unit. The defendant must provide a breath sample in sufficient quantity to allow for testing. Failure to be present in his home when a sample is requested, or to provide a valid sample will be considered a violation of this condition. The defendant will abstain from the use of alcohol during participation in this program. The defendant will pay $5.00 a day toward the costs of this program.

Approved:

**Steven D. Kohman**
Digitally signed by Steven D. Kohman
DN: cn=Steven D. Kohman, o=U.S. Probation, ou, email=steve_kohman@ksp.uscourts.gov, c=US
Date: 2010.10.18 07:34:59 -05'00'

SUSPO

ORDER OF COURT

Considered and ordered this  18th  day of  October , 20 10  and ordered filed and made a part of the records in the above case.  **If Petition results in the issuance of a Warrant, Petition and Warrant sealed and not to be distributed to counsel of record. Unsealed upon arrest.**

 s/J. Thomas Marten 
U.S. District Judge/Magistrate Judge

cc:  AUSA-c/o Criminal Chief Legal Assistant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 18, 2010  

*Josefina N. Durham*

_____
Josefina N. Durham
U.S. Pretrial Services/Probation Officer

Place: Wichita, KS